# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,                          Criminal No. 12-203 (RHK/LIB)

                Plaintiff,                          **ORDER**

vs.

Robert Elliot Roybal, Jr.,

                Defendant.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the

Court.

Dated:  August 10, 2012

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge